IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEX RIVERA, | Civil Action No. |
| Plaintiff, | 1:22-cv-1847-LMM |
| v. | JURY TRIAL DEMANDED |
| MTI BATHS, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alex Rivera and Defendant MTI Baths, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this day 17th of August 2022.

| BARRETT & FARAHANY | WIMBERLY LAWSON STECKEL SCHNEIDER & STINE, P.C. |
|---|---|
| s/ *V. Severin Roberts* | s/ *J. Larry Stine* |
| V. Severin Roberts | J. Larry Stine |
| Georgia Bar No. 940504 | Georgia Bar No. 682555 |
| P.O. Box 530092 | 3400 Peachtree Road, N.E. |
| Atlanta, GA 30353 | Suite 400 – Lenox Towers |
| (404) 214-0120 | Atlanta, Georgia 30326-1107 |
| severin@justiceatwork.com | (404) 365-0900 |
| | (404) 261-3707 |
| *Attorney for Plaintiff* | jls@wimlaw.com |
| | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEX RIVERA, | Civil Action No. |
| Plaintiff, | 1:22-cv-01847-LMM |
| v. | JURY TRIAL DEMANDED |
| MTI BATHS, INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this day 17th of August 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3